So Ordered.

Dated: June 16, 2023



_Beth E. Hanan_
Beth E. Hanan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:

| | |
|---|---|
| Advantage Management Beaver Dam, LLC, | Case No. 22-21438-beh |
| Advantage Management Waupun, LLC, | Case No. 22-21439-beh |
| BDW Holdings Beaver Dam, LLC, | Case No. 22-21441-beh |
| BDW Holdings Waupun, LLC, | Case No. 22-21443-beh |

Jointly Administered Debtors.

Chapter 11
(Jointly Administered

          Debtors.

Under Case No. 21-21438

## FINAL DECREE

On May 24, 2023, the Debtors filed a final report and motion for a final decree, and gave due notice of the motion. No timely objections were filed. Based upon the record and the filings in this case, the Court finds that (i) the Debtors' estates have been fully administered, and (ii) the Plan of Reorganization, which was confirmed by an Order entered April 17, 2023 (Dkt. No. 223.), has been substantially consummated as defined by § 1101(2) of the Bankruptcy Code.

**IT IS THEREFORE ORDERED** that the chapter 11 cases of the Debtors are closed effective as of the date of this order.

# # # # #